IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |  |
|---|---|---|
| ROBERT J. KICKLIGHTER, | * | |
| Plaintiff, | * | |
| v. | * | CV 214-148 |
| JAMES FULLER, in his official capacity as Mayor of the City of Ludowici; LUDOWICI CITY COUNCIL; and JAMES ROGERS, in his official capacity as the former Chief of Police of the City of Ludowici, | * | |
| Defendants. | * | |

## O R D E R

On September 8, 2015, the parties filed a "Joint Stipulation of Dismissal with Prejudice" in the above-captioned case, representing that they have reached a full and final settlement of Plaintiff's claims. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that this action and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

ORDER ENTERED at Augusta, Georgia, this 14th day of September, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA